IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BERER,** | : | |
| Plaintiff | : | No. 1:21-cv-00351 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WELTMAN, WEINBERG & REIS, L.P.A.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 24th day of June 2021, in accordance with the case management conference held on this date, **IT IS ORDERED THAT** Defendant Weltman, Weinberg & Reis, L.P.A. ("Defendant") shall file a motion for judgment on the pleadings by July 16, 2021. **IT IS FURTHER ORDERED THAT** discovery is **STAYED** pending resolution of Defendant's motion. A telephone conference will be held on **August 26, 2021, at 10:00 a.m.** to discuss the status of this case. Plaintiff's counsel shall initiate the conference call. The telephone number for the purposes of this call is (717) 221-3990.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania