## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BERGER,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:21-cv-00351 |
|     v. | : | |
| | : | (Judge Kane) |
| **WELTMAN, WEINBERG & REIS,** | : | |
| **LPA,** | : | |
|     **Defendant** | : | |

## ORDER

    **AND NOW**, on this 5th day of October 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Weltman, Weinberg & Reis, LPA ("Defendant")'s motion for judgment on the pleadings (Doc. No. 18) pursuant to Federal Rule of Civil Procedure 12(c) is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant and against Plaintiff Robert Berger; and

3. The Clerk of Court is directed to **CLOSE** this case.

 

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania